```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                      Civil No. 09-0033 (PAM/FLN)
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
     v.                      )                    **ORDER**
                             )
Cassevettic Fleming,         )
                             )
            Defendant.       )

Based upon the consent judgment filed by the parties (Doc. No. 4),

**IT IS HEREBY ORDERED** that a judgment in the amount of $ 10,520 plus post-judgment interest at the legal rate from the date of entry of this judgment until paid in full, and costs pursuant to 28 U.S.C. Section 2412 in the amount of three hundred and fifty dollars ($350), shall be immediately entered in favor of the United States of America and against Defendant Cassevettic Fleming.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 2 , 2009           s/Paul A. Magnuson
                               Honorable Paul A. Magnuson,
                               U. S. District Court Judge